# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUZETTE A. BELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0341** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION N (1)** |

# O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of Carolyn W. Colvin, Acting Commissioner of Social Security Administration, for summary judgment **(Rec. Doc. 15)** is **GRANTED**, and the motion of the plaintiff, Suzette A. Bell, for summary judgment **(Rec. Doc. 14)** is **DENIED**.

New Orleans, Louisiana, this 11th day of March, 2014.

**KURT D. ENGELHARDT**
**United States District Judge**